# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY FOGG

VERSUS

WASHINGTON PARISH SHERIFF

NO. 2025 CW 1329

**APRIL 8, 2026**

---

In Re: Gary Fogg, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 121522.

---

**BEFORE: THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**WRIT GRANTED WITH ORDER.** According to the pauper order signed by the district court on October 24, 2025, plaintiff was granted pauper status. This court notes the pauper order is ambiguous because only one paragraph was initialed by the court, and that paragraph left blank the amount of the initial filing fee. Yet, another paragraph which was not initialed wrote in the initial partial filing fee was set at $264.46. Moreover, the paragraphs providing for monthly payments from the Department of Public Safety and Corrections were also not initialed. On December 19, 2025, the Clerk of Court for the 22nd Judicial District Court, Parish of Washington, returned plaintiff's Motion to Lift Stay & Serve the Sheriff, noting "inmate banking needs to pay initial filing fee before we process anything". However, plaintiff included in his writ application a statement from the Department of Corrections which indicates a payment in the amount of $264.46 was made to the Clerk of Court, 22nd JDC on November 7, 2025. This writ is granted for sole purpose of ordering the Clerk of Court for the 22nd Judicial District Court, Parish of Washington, to file plaintiff's Motion to Lift Stay & Serve the Sheriff, if it has not already done so.

**MRT**
**KEB**
**BDH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.**, serving *pro tempore*, by special appointment of the Louisiana Supreme Court.